JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **CLAUDYA ESTELA ZUNIGA,** <br><br> Defendant. | Case No.  CV 18-07887 WDK-JC <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff G & G Closed Circuit Events, LLC and against defendant Claudya Estela Zuniga, individually and d/b/a La Cita, a/k/a La Cita Bar and Nightclub, upon the Court's grant of summary judgment in favor of plaintiff. [Doc. No. 37.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Claudya Estela Zuniga, individually and d/b/a La Cita, a/k/a La Cita Bar and Nightclub, shall pay the plaintiff G & G Closed Circuit Events, LLC, $8,750.00 in total damages.  Pursuant to Local Rules 54-7 and 54-8 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States

1  mail or by telefax or by email, copies of this Judgment on counsel for the
2  defendant or the pro se defendant in this matter.

Dated: March 14, 2022

_____
William Keller
United States District Judge

- 2 -